**MEMO ENDORSED**

# HOROWITZ LAW, PLLC
## A CONSUMER ADVOCACY LAW FIRM

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

---

April 4, 2022

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**Via ECF**

  ***Sheloma Epstein v. Equifax Information Services, LLC, et al.***
  **Docket No. 7:21-cv-10708-KMK**

Your Honor,

  We represent the Plaintiff, Sheloma Epstein, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for the remining Defendants Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Hyundai Capital America, Inc. d/b/a Kia Motors Finance ("Hyundai").

  Plaintiff has reached an agreement to settle all claim with prejudice as alleged in the Complaint against the Defendants Equifax, Experian and Hyundai (See Dkts Nos. 27, 28 and 30). In addition Plaintiff has finalized its settlement with Defendant Trans Union, LLC and has noticed the court of its dismissal of Defendant Trans Union, LLC (See Dkt No. 32).

  Accordingly, we respectfully request the Court adjourn the upcoming Initial Conference currently scheduled for April 7, 2022 at 12:15pm and enter a Sixty (60) Day Order allowing for the remaining parties to finalize and consummate the Settlement Agreement.

  We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully,-

/s/ *Uri Horowitz*
Uri Horowitz

CC: *All Counsel of Record via ECF*

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/5/22